**Electronically Filed**
**Supreme Court**
**SCWC-23-0000389**
**28-JUL-2026**
**03:08 PM**
**Dkt. 61 AMORD**

SCWC-23-0000389

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

SCWC-23-0000389

JAMES YEE MARN, JR., as a limited partner of McCULLY ASSOCIATES,
a Hawai‘i registered limited partnership, for and on behalf of
McCULLY ASSOCIATES and its limited partners,
Respondent/Plaintiff-Appellee,

vs.

McCULLY ASSOCIATES, a Hawai‘i registered limited partnership;
ALA WAI INVESTMENT, INC., a Hawai‘i corporation, as
general partner of McCULLY ASSOCIATES,
Respondents/Defendants-Appellees,

and

ALEXANDER Y. MARN, individually and as officer and
agent for ALA WAI INVESTMENT, INC.,
Petitioner/Defendant-Appellant.
(CAAP-23-0000389; CASE NO. 1CC980005371)
-----------------------------------------------

SCWC-24-0000481

IN RE MARN FAMILY LITIGATION
(CAAP-24-0000481; MASTER CASE FILE NO. 1CC001000MFL)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>AMENDED ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J. and Eddins, J.,
and Circuit Judge Morikone, in place of Devens, C.J., recused,
Circuit Judge Kimura, in place of Ginoza, J., recused,
and Circuit Judge Costa, assigned by reason of vacancy)

Petitioner Alexander Y. Marn's Applications for Writ

of Certiorari, filed on June 16, 2026, are hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 28, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Kevin T. Morikone

/s/ Jordon J. Kimura

/s/ Brian A. Costa